**Order entered September 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01503-CV

**HOSSEIN JAHANSHAHI, Appellant**

**V.**

**MASOOMEH JANGRAVI, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-03913**

## ORDER

We **GRANT** appellee's September 21, 2015 third motion to extend time to file brief and

**ORDER** the brief be filed no later than October 21, 2015.

/s/    CRAIG STODDART
       JUSTICE